1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JUAN ROBERTO MARTINEZ-MARTINEZ
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )
12                              )    Cr.S. 08-526-GEB
                    Plaintiff,   )
13                              )    **STIPULATION AND [PROPOSED]**
            v.                  )    **ORDER**
14                              )
   JUAN ROBERTO MARTINEZ-MARTINEZ, )  DATE: December 19, 2008
15                              )    TIME: 9:00 a.m.
                    Defendant.   )    JUDGE: Hon. Garland E. Burrell Jr.
16                              )
   _____)
17

18

19      It is hereby stipulated and agreed to between the United States of

20  America through DANIEL MCCONKIE, Assistant U.S. Attorney, and

    defendant, JUAN ROBERTO MARTINEZ-MARTINEZ by and through his counsel,
21
    BENJAMIN GALLOWAY, Assistant Federal Defender, that the status
22
    conference set for Friday, December 19, 2008 be continued to Friday,
23
    January 16, 2009 at 9:00 a.m..
24
        This continuance is being requested as the parties are working
25
    toward a resolution of the matter, but need additional time to finalize
26
    an agreement.
27
        Speedy trial time is to be excluded from the date of this order
28

through the date of the status conference set for January 16, 2009
pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
prepare] (Local Code T4).


DATED: December 15, 2008        Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                JUAN ROBERTO MARTINEZ-MARTINEZ


DATED: December 15, 2008        McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Benjamin Galloway for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff




                        **O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and
including January 16, 2009 in the interests of justice pursuant to 18
U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
T4.

Dated:  December 18, 2008

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28