DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN ROBERTO MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　)<br>　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>JUAN ROBERTO MARTINEZ-MARTINEZ, )<br>　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　)<br>　　　　　　　　　　　　　　)<br>_____) | Cr.S. 08-526-GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>DATE: January 16, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

　　It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JUAN ROBERTO MARTINEZ-MARTINEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, January 16, 2009 be continued to Friday, February 13, 2009 at 9:00 a.m..

　　This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

　　Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for February 13, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: January 13, 2009      Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             JUAN ROBERTO MARTINEZ-MARTINEZ


DATED: January 13, 2009      McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Benjamin Galloway for
                             DANIEL MCCONKIE
                             Assistant U.S. Attorney
                             Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 13, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  January 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge