DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN ROBERTO MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>JUAN ROBERTO MARTINEZ-MARTINEZ,  )<br>  )<br>            Defendant.  )<br>  )<br>_____) | Cr.S. 08-526-GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>DATE: February 13, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

   It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JUAN ROBERTO MARTINEZ-MARTINEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, February 13, 2009 be continued to Friday, March 6, 2009 at 9:00 a.m..

   This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

   Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference set for March 6, 2009
2  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
3  prepare] (Local Code T4).

5  DATED: February 9, 2009         Respectfully submitted,
                                    DANIEL J. BRODERICK
6                                   Federal Defender

7                                   /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
8                                   Assistant Federal Defender
                                    Attorney for Defendant
9                                   JUAN ROBERTO MARTINEZ-MARTINEZ

11 DATED: February 9, 2009         LAWRENCE G. BROWN
                                    Acting United States Attorney
12
                                    /s/ Benjamin Galloway for
13                                  DANIEL MCCONKIE
                                    Assistant U.S. Attorney
14                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 6, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  February 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

**2**