DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN ROBERTO MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-526-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| JUAN ROBERTO MARTINEZ-MARTINEZ, ) | DATE: March 6, 2009 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Garland E. Burrell Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JUAN ROBERTO MARTINEZ-MARTINEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, March 6, 2009 be continued to Friday, March 20, 2009 at 9:00 a.m..

This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for March 20, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 3, 2009
Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JUAN ROBERTO MARTINEZ-MARTINEZ

DATED: March 3, 2009
LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin Galloway for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 20, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 3, 2009

GARLAND E. BURRELL, JR.
United States District Judge

2